Form G-2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:                                      )
Home Products International, Inc.           )    Case No. 22-06276
                                            )
                                            )    Chapter 11
                                            )
                                            )
           Debtor(s)                        )

**Certification of Relatedness**

The undersigned attorney certifies that:

1. __2__ cases are being filed under Chapter 11 that are related to each other, related to case(s) now pending, or both.

2. The cases are related because:

   [ ] the debtors are husband and wife; or
   [ ] the debtor was a debtor in a previous case under Chapter 11; or
   [✔] the cases involve persons or entities that are affiliates as defined in §101(2) of the Bankruptcy Code.

3. List of related bankruptcy case number(s) and case name(s):
   22-06283 - Home Products International-North America, Inc.

Date of certification: 6/2/2022            Attorney's Signature: /s/ Edward J. Green

**This form must be filed in each related Bankruptcy Case**

Revised: 05/26/2017_lam