# EXHIBIT A

**Debbie's Customized Staffing Inc**

| Check/Wire Clear Date | Wire Transfer/Check No. | Payee | Amount |
|---|---|---|---|
| 3/9/2022 | FED WIRE TRANSFER DEBIT  220309981178 | Debbie's Customized Staffing Inc | $89,280.57 |
| 3/11/2022 | FED WIRE TRANSFER DEBIT  220311069317 | Debbie's Customized Staffing Inc | $19,974.74 |
| | | *Less subsequent new value provided by Payee* | -$9,218.02 |
| | | **Net Amount of Transfers** | **$100,037.29** |